IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY CATHERINE AND JAMIL LEE,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SURETEMPS, LLC, FULL FORCE STAFF, LLC, AND METRO SERVICE GROUP, INC.**<br><br>**Defendants.** | Case No.: 2:17-cv-007561-SM-JVM<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## JOINT MOTION TO APPROVE SETTLEMENT AND FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Terry Catherine and Jamil Lee, and all Opt-In Plaintiffs (collectively referred to as "Plaintiffs"), and Defendants, SureTemps, LLC; Full Force Staffing, LLC; Metro Service Group, Inc.; Exclusive Temporaries, Inc.; TSM Enterprises, LLC; Troy Bailey; Steve Arnold; and Maurice Robichaux (Defendants) (collectively referred to as the "Parties"), who hereby represent to the Court that they have resolved the claims in this matter in their entirety and respectfully request that the Court approve the Confidential Settlement Agreement and attachments thereto under the Fair Labor Standards Act, which are being submitted to the Court for *in camera* inspection[1], and requiring full execution of the Settlement Agreement by all parties within seven days of the Court's approval. The Parties also request that the Court approve the amount allocated for Plaintiffs' attorney's fees and costs.

The Parties also request that the Court dismiss this lawsuit, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement, without prejudice to

---

[1] The Confidential Settlement Agreement is being hand-delivered to Judge Morgan's chambers.

the rights of the Parties to move for summary judgment seeking to enforce the settlement if not consummated. The Parties also request that the Court retain jurisdiction over the Parties and their Confidential Settlement Agreement for purposes of enforcing such agreements should any controversy arise about the terms of the agreements or any party's performance of its obligations thereunder.

Finally, the Parties request that, upon the Court's receipt of a joint motion to dismiss to be filed by the Parties no later than 14 days after the disbursement of the balance of the payments as specified in the Confidential Settlement Agreement, the Court enter a final order dismissing with prejudice the claims of all Plaintiffs in this Lawsuit according to the terms of the Confidential Settlement Agreement, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement.

**WHEREFORE**, the Parties respectfully request that this Court grant this joint motion, approving the Confidential Settlement Agreement and dismissing the claims of Plaintiffs without prejudice as prayed for herein and set forth in the accompanying proposed Order.

Respectfully submitted,

| | |
|---|---|
| */s/ Mary Bubbett Jackson* | */s/ Jennifer F. Kogos* |
| Jody Forester Jackson, (LA #28938) | Jennifer F. Kogos (LA #25668) |
| Mary Bubbett Jackson, (LA #29110) | jkogos@joneswalker.com |
| **JACKSON+JACKSON** | David K. Theard (LA #31987) |
| 201 St. Charles Avenue, Suite 2500 | dtheard@joneswalker.com |
| New Orleans, Louisiana 70170 | **JONES WALKER LLP** |
| T: (504) 599-5953 | 201 St. Charles Avenue, 47th Floor |
| F: (888) 988-6499 | New Orleans, Louisiana 70170-5100 |
| E: jjackson@jackson-law.net | Telephone: (504) 582-8154 |
|    mjackson@jackson-law.net | Facsimile: (504) 589-8402 |
| | |
| *Attorneys for Plaintiff and the FLSA Collective Plaintiffs* | *Attorneys for Defendant Metro Service Group, Inc.* |

*/s/ Ike Spears*
Ike Spears (LSBA #17811)
Diedre Pierce Kelly (LSBA #34031)
909 Poydras Street, Suite 1825
New Orleans, LA 70112
Telephone: (504) 593-9500
Telecopier: (504) 523-7766

*Attorneys for Defendants*
*SureTemps, LLC, Full Force Staffing, LLC, Exclusive Temporaries, Inc, TSM Enterprises, LLC, Troy Bailey, Steve Arnold and Maurice Robichaux*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2019 a true and correct copy of the foregoing pleading was served via ECF electronic filing on all counsel of record.

*/s/ David K. Theard*
David K. Theard